# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-0619

———————————————

TIMOTHY DONALD HELTON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

June 5, 2018

PER CURIAM.

    DISMISSED.

WOLF, JAY, and WINSOR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Scott W. Tatum of the Office of Candice K. Brower Regional Conflict Counsel, Milton, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.